**SANDERS LAW, PLLC**
Melissa A. Pirillo, Esq. (314730)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
mpirillo@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 102594

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BWP MEDIA USA INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST WEST and ELIZABETH JENEI,<br><br>Defendant(s). | Docket No:<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLAINT FOR:<br>1) COPYRIGHT INFRINGEMENT |

BWP Media USA Inc., by and through its undersigned counsel, states and alleges as follows:

**INTRODUCTION**

1. Plaintiff BWP Media USA Inc. ("BWP") provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

2. BWP's portfolio of celebrity photographs is the bread and butter of its business.

3. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

4. Defendants West Coast West and Elizabeth Jenei (collectively referred to herein as the "Defendants') own and operate a website known as www.westcoastwest.com.

5. Without permission or authorization from BWP, the Defendants copied, modified, and displayed BWP's photograph(s) on the website www.westcoastwest.com.

1

6. The Defendants engaged in this misconduct knowingly and in violation of the United States copyright laws.

7. BWP has been substantially harmed as a result of the Defendants' misconduct.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9. This Court has personal jurisdiction over the Defendants' because Elizabeth Jenei resides and West Coast West maintains its principal place of business in Bucks County, Pennsylvania and purposely direct substantial activities at the residents of Pennsylvania by means of the website described herein.

10. Venue is proper under 28 U.S.C. §1391(a)(2) because the Defendants do business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11. BWP is a California corporation and maintains its principal place of business in Los Angeles County, California.

12. On information and belief, Elizabeth Jenei and West Coast West, residing and maintaining a principal place of business in Bucks County, Pennsylvania, are liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### BWP's Business

13. BWP provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs which it licenses to online and print publications.

14. BWP has invested significant time and money in building its photograph portfolio.

### BWP's Copyrights

15. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16. BWP's photographs are original, creative works in which BWP owns protectable copyright interests.

17. BWP owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover BWP's photographs.

18. BWP also has filed several copyright applications with the USCO, which are presently pending.

19. BWP applied for and received a copyright registration for a collection of photographs, which included the photograph(s) annexed hereto as Exhibit(s) 1 (the "Photograph(s)").

### The Defendants' Website

20. On information and belief, West Coast West and/or Elizabeth Jenei is/are the registered owners of the website located at www.westcoastwest.com (the "Website"). On information and belief, the Defendants operate the Website and are responsible for all Website content.

21. The Website provides, *inter alia*, articles, photographs and other information regarding celebrities.

22. The Website is monetized in that it contains paid advertisements. On information and belief, the Defendants profit from these activities.

### The Defendants' Misconduct

23. Without permission or authorization from BWP, the Defendants copied, modified, and/or displayed the Photograph(s) on the Website, in violation of BWP's copyrights. See Exhibit 1 annexed hereto.

24. On information and belief, the Photograph(s) were copied from the website(s) of BWP's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights (the "Infringement(s)").

25. On information and belief, the Defendants were aware of facts or circumstances from which the Infringement(s) was/were apparent. Based on this totality of circumstances, the Defendants cannot claim that they are not aware of the widespread infringing activities, including the Infringement(s), on the Website. Such a claim would amount to willful blindness to the Infringement(s) on the part of the Defendants.

26. On information and belief, the Defendants engaged in the Infringement(s) knowingly and in violation of United States copyright laws.

27. On information and belief, the Defendants have received a financial benefit directly attributable to the Infringement(s). Specifically, by way of the Infringement(s), the Defendants increased traffic to the Website and, in turn, realized an increase in, its advertising revenues and/or merchandise sales.

28. As a result of the Defendants' misconduct, BWP's has been substantially harmed.

## FIRST COUNT

### (Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

29. BWP's repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

30. The Photograph(s) are original, creative works in which BWP owns protectable copyright interests.

31. BWP has not licensed the Defendants to use the Photograph(s) in any manner, nor has BWP assigned any of its exclusive rights in the Copyrights to the Defendants.

32. Without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. §106, the Defendants reproduced the Photograph(s).

33. On information and belief, without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. § 106, the Defendants displayed the Photograph(s)

on the Website.

34. The Defendants' reproduction of the Photograph(s) and display of the Photograph(s) on the Website constitutes copyright infringement.

35. On information and belief, thousands of people have viewed the unlawful copies of the Photograph(s) on the Website.

36. On information and belief, the Defendants had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of BWP's copyrighted material.

37. The Defendants' copyright infringement has damaged BWP in an amount to be proven at trial.

**PRAYER FOR RELIEF**

**WHEREFORE,** BWP respectfully requests judgment as follows:

1. That the Court enter a judgment finding that the Defendants have infringed on BWP's Copyrights in the Photograph(s) in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

   a. Statutory damages against the Defendants pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative BWP's actual damages and the Defendants' wrongful profits in an amount to be proven at trial;

   b. BWP's attorneys' fees pursuant to 17 U.S.C. § 505;

   c. BWP's costs; and

3. Such other relief that the Court determines is just and proper.

DATED: June 6, 2013

                        SANDERS LAW, PLLC

                        _____
                        Melissa A. Pirillo, Esq. (314730)
                        100 Garden City Plaza, Suite 500
                        Garden City, New York 11530
                        Telephone: (516) 203-7600
                        Facsimile: (516) 281-7601
                        mpirillo@sanderslawpllc.com
                        *Attorneys for Plaintiff*
                        File No.:102594

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: June 6, 2013

                        SANDERS LAW, PLLC

                        _____
                        Melissa A. Pirillo, Esq. (314730)
                        100 Garden City Plaza, Suite 500
                        Garden City, New York 11530
                        Telephone: (516) 203-7600
                        Facsimile: (516) 281-7601
                        mpirillo@sanderslawpllc.com
                        *Attorneys for Plaintiff*
                        File No.:102594